1 | BENJAMIN B. WAGNER
United States Attorney
2 | KAREN A. ESCOBAR
Assistant U.S. Attorney
3 | 2500 Tulare Street
Fresno, California 93721
4 | Telephone: (559) 497-4000



**FILED**

MAR 1 5 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:10-mj-00246-GSA |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| EDUARDO VARGAS-CORTES, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

  Having considered the government's application to dismiss the criminal complaint in the above-captioned proceeding only,

  IT IS HEREBY ORDERED that the criminal complaint in this matter shall be dismissed.

Dated: March 15, 2011

_____
GARY S. AUSTIN
U.S. Magistrate Judge

1